THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY LAUTNER, Relator, v. JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.

— Motion to resettle order granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

